UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., individually, on behalf of a class of others similarly situated, and derivatively on behalf of Stewardship Credit Arbitrage Fund, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEWARDSHIP INVESTMENT ADVISORS, LLC, *et al.*,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action no. 3:10-cv-00967 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: August 20, 2010<br>: |

## PLAINTIFF'S MOTION FOR ADMISSION OF SCOTT R. SHEPHERD AND LAWRENCE D. BERGER AS VISITING LAWYERS

Patrick A. Klingman, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorneys Scott R. Shepherd and Lawrence D. Berger, both of Shepherd, Finkelman, Miller & Shah, LLP, as visiting lawyers to represent Plaintiff, Poptech, L.P., and other class members in the above-captioned proposed class action and any action with which this action may be consolidated. In support of this motion, the Affidavits of Attorneys Shepherd and Berger are attached hereto as Exhibits A and B, respectively.

A check for $50.00 accompanies this motion. Service of all papers shall be made upon James E. Miller and Patrick A. Klingman at Shepherd Finkelman Miller & Shah, LLP, 65 Main Street, Chester, CT 06412.

Respectfully submitted,

Plaintiff, Poptech, L.P.

By: _____
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser-Grenon (ct23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
(860) 526-1100
(860) 526-1120 (facsimile)
jmiller@sfmslaw.com
pklingman@sfmslaw.com
kleser@sfmslaw.com

Scott R. Shepherd
Lawrence D. Berger
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, PA 19063
(610) 891-9880
(610) 891-9883 (facsimile)
sshepherd@sfmslaw.com
lberger@sfmslaw.com

Its Counsel

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., individually, on behalf of a class of others similarly situated, and derivatively on behalf of Stewardship Credit Arbitrage Fund, LLC, | : : : : : |
| Plaintiff, | : Civil Action no. 3:10-cv-00967 (MRK) |
| v. | : : |
| STEWARDSHIP INVESTMENT ADVISORS, LLC, *et al.*, | : : : |
| Defendants. | : August 16, 2010 |

### AFFIDAVIT OF SCOTT R. SHEPHERD

Scott R. Shepherd, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am an attorney at the law firm of Shepherd, Finkelman, Miller & Shah, LLP. My address, telephone number, facsimile number and e-mail address are as follows:

> Scott R. Shepherd
> Shepherd, Finkelman, Miller & Shah, LLP
> 35 East State Street
> Media, PA 19063
> (610) 891-9880
> (610) 891-9883 (facsimile)
> E-mail: sshepherd@sfmslaw.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the Commonwealth of Pennsylvania; the States of Illinois and Florida; the United States Supreme Court; the United States Courts of Appeal for the Third, Fourth, Seventh and

Eleventh Circuits; and the United States District Court for the Eastern District of Pennsylvania, the Northern District of Illinois, and the Southern and Middle Districts of Florida.

    5.    I have not been denied admission or disciplined by this Court or any other court.

    6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: August 16, 2010

Scott R. Shepherd

Subscribed and sworn to before me
this 16th day of August, 2010.

Notary Public
My Commission Expires

```
COMMONWEALTH OF PENNSYLVANIA
         NOTARIAL SEAL
  PAMELA L. MAUGER, Notary Public
     Media Boro., Delaware County
  My Commission Expires March 23, 2011
```

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

POPTECH, L.P., individually, on behalf of :
a class of others similarly situated, and :
derivatively on behalf of Stewardship :
Credit Arbitrage Fund, LLC, :
:
      Plaintiff, :   Civil Action no. 3:10-cv-00967 (MRK)
:
v. :
:
STEWARDSHIP INVESTMENT :
ADVISORS, LLC, *et al.*, :
:
      Defendants. :   July 15, 2010
:

## AFFIDAVIT OF LAWRENCE D. BERGER

Lawrence D. Berger, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am an attorney at the law firm of Shepherd, Finkelman, Miller & Shah, LLP. My address, telephone number, facsimile number and e-mail address are as follows:

    Lawrence D. Berger
    Shepherd, Finkelman, Miller & Shah, LLP
    35 East State Street
    Media, PA 19063
    (610) 891-9880
    (610) 891-9883 (facsimile)
    E-mail: lberger@sfmslaw.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the Commonwealth of Pennsylvania; the State of New Jersey; the United States Supreme Court; the United States Courts of Appeal for the Third Circuit; and the United States

District Court for the Eastern and Middle Districts of Pennsylvania, and the District of New Jersey.

     5.     I have not been denied admission or disciplined by this Court or any other court.

     6.     I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: July 15, 2010                                                       Lawrence D. Berger

Subscribed and sworn to before me
this 15th day of July, 2010.

Notary Public
My Commission Expires  June 3, 2012

          NOTARIAL SEAL
   SUSANNE M. MOSS, NOTARY PUBLIC
     MEDIA BORO., DELAWARE COUNTY
  MY COMMISSION EXPIRES JUNE 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, copies of the foregoing were sent, via First Class mail, postage prepaid, to the following parties of record:

Francis H. Morrison, III
Maria Eleni Kokiasmenos
Axinn, Veltrop & Harkrider LLP
90 State House Square 9th Floor
Hartford, CT  06103-3702

Counsel for Defendants,
Stewardship Investment Advisors, LLC and
Marlon Quan


Theodore J. Tucci
Christopher F. Girard
Robinson & Cole LLP
280 Trumbull St.
Hartford, CT  06103-3597

Counsel for Defendant, Gustav Escher, III


Patrick J. Monahan II
Garfunkel Wild, P.C.
350 Bedford Street
Stamford, CT  06901

Counsel for Defendant,
Acorn Capital Group, LLC

Hank L. Goldsmith
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Counsel for Defendants,
Peter Schaffer and
A La Vielle Russie, Inc.


Emily A. Poler
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, NY 10005

Counsel for Defendant,
Benjamin Zucker

_____
Patrick A. Klingman