UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POPTECH, L.P., individually, on behalf of a class of others similarly situated, and derivatively on behalf of Stewardship Credit Arbitrage Fund, LLC, | : : : : : : : | |
| Plaintiff, | : : | Civil Action no. 3:10-cv-00967 (MRK) |
| v. | : : | |
| STEWARDSHIP INVESTMENT ADVISORS, LLC, *et al.*, | : : : | |
| Defendants. | : : | August 23, 2010 |

**MOTION OF THE POPTECH GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND TO APPROVE ITS SELECTION OF COUNSEL**

Plaintiff, Poptech, L.P., together with William A. Meyer and Dr. Terence Isakov (collectively, the "Poptech Group" or "Movant"), hereby respectfully move this Honorable Court to issue an order, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3), appointing Movant as Lead Plaintiff in this action and approving Movant's selection of Shepherd, Finkelman, Miller & Shah, LLP as Lead Counsel for the Class.

As is more fully demonstrated in the accompanying Memorandum of Law and the referenced exhibits to the Declaration of Patrick A. Klingman, the Poptech Group has the "largest financial interest" in this putative class action, otherwise meets the requirements of the PSLRA, and its selection of counsel should be approved.

Respectfully submitted,

THE POPTECH GROUP

 /s/ Patrick A. Klingman
James E. Miller
Patrick A. Klingman
Karen Leser-Grenon
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
    pklingman@sfmslaw.com
    kleser@sfmslaw.com

Scott R. Shepherd
Lawrence D. Berger
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
Email: sshepherd@sfmslaw.com
    lberger@sfmslaw.com

Its Counsel

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2010, a copy of the foregoing Motion for Appointment of the Poptech Group as Lead Plaintiff and to Approve its Selection of Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
      Patrick A. Klingman (ct17813)