UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., <br>     Plaintiff, <br><br> v. <br><br> STEWARDSHIP INVESTMENT <br> ADVISORS, LLC, et al., <br>     Defendants. | )    CIVIL ACTION NO.: <br> )    3:10-cv-00967 (MRK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    SEPTEMBER 1, 2010 |

## MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, hereby moves in accordance with Local Civil Rule 83.1(d) for the admission of David S. Smith, Esq. for the purpose of representing as a visiting lawyer defendants Marlon Quan and Stewardship Investment Advisors, LLC.

As the attached Declaration of David S. Smith, Esq. demonstrates, Attorney Smith is a partner of the law firm Smith Campbell, LLP, 110 Wall Street, New York, New York 10005; telephone number (212) 344-1500; fax number (212) 344-5585; and e-mail address dsmith@sc-llp.com.

Attorney Smith is a member in good standing of the bar of the State of New York. Attorney Smith is also a member in good standing of the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

Attorney Smith has not been denied admission or disciplined by this Court or any other court.

This motion is accompanied by payment to the Clerk of the Court of a fee of $25.00 for the admission of Attorney Smith.

WHEREFORE, the undersigned requests that this motion for admission of David S. Smith, Esq. as a visiting lawyer be granted.

By: /s/ Francis H. Morrison III
Francis H. Morrison III (ct04200)
Maria E. Kokiasmenos (ct27005)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103
860-275-8100 Telephone
860-276-8101 Facsimile
fhm@avhlaw.com
mek@avhlaw.com

*Attorneys for Defendants Marlon Quan and Stewardship Investment Advisors, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                       /s/ Francis H. Morrison III
                                       Francis H. Morrison III