UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, LP : | |
| : | |
| Plaintiff, : | CIVIL NO.  3:10-CV-00967 (MRK) |
| : | |
| V. : | |
| : | |
| STEWARDSHIP INVESTMENT ADVISORS, : | |
| LLC, ET AL. : | |
| : | |
| Defendants. : | OCTOBER 15, 2010 |

## MOTION TO DISMISS BY
## DEFENDANT GUSTAV E. ESCHER, III

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), defendant, Gustav E. Escher, III ("Escher") hereby moves to dismiss the complaint by Poptech, LP ("Poptech" or "plaintiff") against him for failure to state claims upon which relief may be granted.

In Count Four, plaintiff's complaint purports to state a claim against Escher for aiding and abetting a violation of the Connecticut Uniform Securities Act ("CUSA").  This claim fails because plaintiff has impermissibly made undifferentiated blanket accusations against a group of defendants, including Escher, and because the complaint fails to allege particularized factual allegations against Escher to satisfy the elements of an aiding and abetting claim under CUSA.

The remaining claims against Escher are brought derivatively on behalf of Stewardship Credit Arbitrage Fund, LLC and allege as against Escher breach of fiduciary duty (Count Eight), negligence (Count Nine), unjust enrichment (Count Ten), and beach of contract (Count Eleven). Plaintiff's complaint acknowledges that Escher's role as Independent Manager was defined and limited in scope.  Plaintiff's complaint fails to set forth a single fact alleging that Escher was responsible for investment decisions or evaluating the quality of investments, which conduct

forms the basis for the legal claims in Counts Eight through Eleven.  Accordingly, Escher is entitled to dismissal of those counts as well for failure to state a claim.  Escher hereby incorporates by reference and adopts the arguments of all other defendants in support on this motion to dismiss, to the extent that such arguments are equally applicable to Escher.

For these reasons, Escher requests that all counts of plaintiff's complaint against him be dismissed.

        DEFENDANT
        GUSTAV E. ESCHER, III


By   /s/ Theodore J. Tucci
    Theodore J. Tucci (ct05249)
    E-mail: ttucci@rc.com
    Christopher F. Girard (ct26896)
    E-mail: cgirard@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103
    Tel. No. (860) 275-8200
    Fax. No. (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on this 15th day of October, 2010. Notice of this filing shall be sent by E-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

        /s/ Theodore J. Tucci
Theodore J. Tucci