## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> STEWARDSHIP INVESTMENT ADVISORS, LLC, ET AL., <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 3:10-CV-00967 (MRK) <br><br><br><br><br><br> October 15, 2010 |

**DEFENDANT ACORN CAPITAL GROUP, LLC'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(6), and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), defendant ACORN CAPITAL GROUP, LLC ("Acorn") hereby moves to dismiss Counts Four, Seven, Nine, Ten and Eleven of the Complaint. The reasons in support of this motion are that the plaintiff lacks standing to assert the purported direct claims in Counts One through Six of the Complaint, that the state law derivative claims in Counts Seven through Eleven fail because there is no basis for the exercise of supplemental jurisdiction, and that the Complaint alleges insufficient facts against Acorn to state a claim upon which relief can be granted. As explained in the accompanying *Memorandum in Support of Acorn Capital Group, LLC's Motion to Dismiss,* Acorn incorporates by reference and adopts the law and arguments of codefendants Marlon Quan and Stewardship Investment Advisors, LLC and other defendants in support of this motion.

Accordingly, Acorn respectfully requests that this motion be GRANTED and Counts Four, Seven, Nine, Ten and Eleven of the Complaint be DISMISSED.

1631584v.2

-2-

                DEFENDANT,
                ACORN CAPITAL GROUP, LLC

By:    /s/ Patrick J. Monahan II
        Patrick J. Monahan II [ct 06727]
        GARFUNKEL WILD, P.C.
        350 Bedford Street, Suite 406A
        Stamford, Connecticut 06901
        Phone: (203) 316-0483
        Fax: (203) 316-0493
        pmonahan@garfunkelwild.com

-3-

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ----------------------------------- x | | CIVIL ACTION NO.: |
| POPTECH, L.P., | : | |
| | : | 3:10-CV-00967 (MRK) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| STEWARDSHIP INVESTMENT ADVISORS, LLC, ET AL., | : | October 15, 2010 |
| | : | |
| Defendants. | : | |
| ----------------------------------- X | | |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2010, a copy of the foregoing *Defendant Acorn Capital Group, LLC's Motion to Dismiss* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the filing through the Court's CM/ECF System.

                                                                   /s/ Patrick J. Monahan II
                                                                   Patrick J. Monahan II

1631584v.2