UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POPTECH, L.P.

Case Number: 3:10-cv 00967 (MRK)

Plaintiff,

vs.

STEWARDSHIP INVESTEMENT
ADVISORS, LLC, et al.

Defendants

## MOTION FOR ADMISSION PRO HAC VICE
## OF ABBE R. TIGER

The undersigned moves pursuant to Rule 83.1(d)(1) of the local rules of the United States District Court for the District of Connecticut and the annexed Affidavits of the undersigned and Abbe R. Tiger, for an order admitting Abbe R. Tiger to this Court, pro hac vice.

Dated: January 18, 2011
Norwalk, Connecticut

Respectfully submitted,

Marc J. Grenier
DePanfilis & Vallerie. LLC
25 Belden Avenue
Norwalk, CT. 06852
(203) 846-9585
Federal Bar No. ct 10545

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice has been sent via regular mail on this 18th day of January 2011, to all counsel and pro se parties, as follows:

**Lawrence D. Berger**
**Scott R. Shepherd**
Shepherd, Finkelman, Miller & Shah, LLP - PA
35 East State Street
Media, PA 19063


**Patrick A. Klingman**
Shepard, Finkelman, Miller & Shah, LLP Chester CT
65 Main Street
Chester, CT 06412

**David Steven Smith**
Smith Campbell, LLP-NY
110 Wall Street
New York, NY 10005

**Denise V. Zamore**
**Francis H. Morrison, III**
**Maria Eleni Kokiasmenos**
Axinn, Veltrop & Harkrider LLP-HTFD
90 State House Square
9th Floor
Hartford, CT 06103-3702

Patrick J. Monahan, II
Garfunkel Wild, P.C.
350 Bedford Street
Stamford, CT 06901

Christopher F. Girard
Theodore J. Tucci
Robinson & Cole-Htfd
280 Trumbull St.
Hartford, CT 06103-3597

Karen L. Dowd
Horton, Shields & Knox
90 Gillett St.
Hartford, CT 06105

Frank J. Silvestri, Jr.
Levett Rockwood
33 Riverside Ave., PO Box 5116
Westport, CT 06881

Ian E. Bjorkman
Law Office of Ian E. Bjorkman, LLC
383 Orange Street
New Haven, CT 06511

_____
Marc J. Grenier

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POPTECH, L.P.

              **Case Number: 3:10-cv 00967 (MRK)**

      Plaintiff,

vs.

STEWARDSHIP INVESTEMENT
ADVISORS, LLC, et al.

      Defendants

**AFFIDAVIT**

STATE OF CONNECTICUT  )
            ).:ss  NORWALK
COUNTY OF FAIRFIELD   )

  Marc J. Grenier, being duly sworn, deposes and says:

  1.  I am a member of the Bar of this Court and a member of the firm of DePanfilis & Vallerie, LLC with offices located at 25 Belden Avenue, Norwalk, Connecticut. My office number is (203) 846-9585; our facsimile number is (203) 847-2849 and my email address is: mgrenier@dandvlaw.com. I am admitted to practice in this Court, the Connecticut Supreme Court, Connecticut Appellate Court and Connecticut Superior Court and the United States Supreme Court. I have not been denied admission or disciplined by this Court or any other court. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut. I submit this Affidavit in support of the motion for the admission pro hac vice of Abbe R. Tiger.

  2.  As reflected in the annexed Affidavit, Ms. Tiger is a member of the Law Office of Abbe R. Tiger PLLC, with offices at 40 Fulton Street, 23rd floor, New York, NY. She is admitted to practice and is a member in good standing of the Bar of the State of New York and in the United

States District Courts for the Southern and Eastern Districts.

3. I know Ms. Tiger to be of good legal and ethical character and practice.

In order for Ms. Tiger to appear as counsel and participate in these proceedings, I hereby submit this Affidavit in support of her admission to the Bar of this Court pro hac vice.

MARC J. GRENIER, ESQ.

Sworn to before me this
18th day of January 2011.

Commissioner of the Superior Court
Joseph DaSilva, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
POPTECH, L.P.,
       Plaintiff

    v.

STEWARDSHIP INVESTMENT
ADVISORS, LLC, et al.
       Defendants
-----------------------------------------------------------X

CIVIL ACTION NO:
3:10-cv-00967 (MRK)

AFFIDAVIT IN SUPPORT OF
MOTION FOR PRO HAC VICE
ADMISSION OF ABBE R. TIGER

STATE OF NEW YORK   )
                            )  ss.:
COUNTY OF NEW YORK )

1.    I am an attorney duly admitted to practice before the courts of the State of New York as well as the United States District Courts for the Southern and Eastern Districts of New York.

2.    I am a member of the law firm Law Office of Abbe R. Tiger PLLC that maintains an office at 40 Fulton Street, 23rd Floor, New York, New York 10038. My office telephone is 212-285-8000, the fax is 212-981-3309, and my email address is abbe@abbetiger.com.

3.    I have been practicing law for 27 years and have never been denied admission or disciplined by this Court or any court.

4.    For the past year I have represented the defendant, Paul Seidenwar, in a legal matter related to his past employment with defendant Acorn Capital Group, LLC, and have been retained to represent him in the above captioned matter.

5.    I have fully reviewed and am familiar with the Rules of the United States

1

District Court for the District of Connecticut.

WHEREFORE, it is respectfully requested that, pursuant to Local Rule 83.1(d), I be admitted to practice before this Court in the above referenced action, *pro hac vice*.

                                                                                         _____
                                                                                                     ABBE R. TIGER

Sworn to before me this
14th day of January, 2011

_____
Notary Public

Vadim Shestakov
Notary Public, State of New York
No. 02SH6161168
Qualified in Kings County
Commission Expires 02/20/2011

2