**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| POPTECH, L.P., ) | |
| ) | CIVIL ACTION NO.: |
| Plaintiff, ) | 3:10-cv-00967 (MRK) |
| ) | |
| v. ) | |
| ) | |
| STEWARDSHIP INVESTMENT ) | |
| ADVISORS, LLC, et al., ) | |
| ) | |
| Defendants. ) | FEBRUARY 14, 2011 |

**DEFENDANT PAUL SEIDENWAR'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rules 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Defendant Paul Seidenwar ("Seidenwar") respectfully requests that the Court dismiss Plaintiff Poptech's Amended Complaint against Seidenwar.

As set forth more fully in the Memorandum of Law accompanying this motion, in Count II, the sole federal claim against Seidenwar in the Amended Complaint, Poptech has failed to state a claim in accordance with the standards imposed by Fed.R.Civ.P. 9(b), 12(b)(6) and the PSLRA. Count II fails to state a claim under § 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") because (a) it fails to allege that a controlled person committed a primary violation of § 10(b) of the Exchange Act as alleged against certain other defendants in Count I of the Amended Complaint; (b) it fails to allege that Seidenwar controlled any of the defendants alleged to have violated § 10(b); and (c) it fails to allege culpable participation by Seidenwar in any § 10(b) violation alleged in Count I.

Further, dismissal of the federal claim in Count II should lead to dismissal of the state claim set forth in Count IV for lack of subject matter jurisdiction.  No special circumstances warrant the exercise of supplemental jurisdiction in the absence of a viable federal claim.

    WHEREFORE, Defendant Paul Seidenwar respectfully requests that this Motion be GRANTED and that Counts II and IV of Plaintiff Poptech, L.P.'s Amended Complaint be DISMISSED as against Defendant Paul Seidenwar.

DEFENDANT PAUL SEIDENWAR

By: /s/ Abbe R. Tiger
Abbe R. Tiger  phv 04461
LAW OFFICE OF ABBE R. TIGER PLLC
40 Fulton Street, 23rd Floor
New York, NY 10010
Phone: 212-285-8000
Fax: 212-981-3309
abbe@abbetiger.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, a copy of foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Abbe R. Tiger
Abbe R. Tiger  phv 04461
LAW OFFICE OF ABBE R. TIGER PLLC
40 Fulton Street, 23rd Floor
New York, NY 10010
Phone: 212-285-8000
Fax: 212-981-3309
 abbe@abbetiger.com