UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   CIVIL ACTION NO.:
POPTECH, L.P., individually, and on behalf of a   :
class of others similarly situated, et al.,       :   3:10-CV-00967 (MRK)
                                                  :
              Plaintiffs,                         :
                                                  :
   vs.                                            :
                                                  :
                                                  :
                                                  :
STEWARDSHIP CREDIT ARBITRAGE FUND,                :   February 14, 2011
LLC, et al.,                                      :
                                                  :
              Defendants.                         :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**DEFENDANT ACORN CAPITAL GROUP, LLC'S MOTION TO DISMISS THE
AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), 12(b)(6), and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), defendant ACORN CAPITAL GROUP, LLC ("Acorn") hereby moves to dismiss Counts I, II, III, and IV of the Amended Class Action Complaint dated December 13, 2010 ("Complaint"). The reasons in support of this motion are: (1) the plaintiffs lack standing to assert the purported direct claims against the defendants in Counts I, II, III, and IV of the Complaint because these claims are derivative on behalf of Stewardship Credit Arbitrage Fund, LLC; (2) Count I of the Complaint fails to meet the enhanced pleading standards of Rule 9(b) and the PSLRA in that it fails to plead loss causation, reliance, fraud, or scienter with the required specificity, (3) because Count I fails to state a claim upon which relief can be granted under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), it follows that the plaintiffs have failed to state a claim upon which relief can be granted under Section 20(a) of the Exchange Act in Count II; and (4) there is no basis for the exercise of supplemental jurisdiction over the state law claims in Counts III and IV. As explained in the accompanying

1726019v.1

-2-

*Memorandum in Support of Acorn Capital Group, LLC's Motion to Dismiss the Class Action Complaint,* Acorn incorporates by reference and adopts the law and arguments of codefendants Marlon Quan and Stewardship Investment Advisors, LLC, as well as the other defendants, in support of this motion.

Accordingly, Acorn respectfully requests that this motion be GRANTED and Counts I, II, III, and IV of the Complaint be DISMISSED.

          DEFENDANT,
          ACORN CAPITAL GROUP, LLC

By:   /s/ Patrick J. Monahan II
       Patrick J. Monahan II [ct 06727]
       GARFUNKEL WILD, P.C.
       350 Bedford Street, Suite 406A
       Stamford, Connecticut 06901
       Phone: (203) 316-0483
       Fax: (203) 316-0493
       pmonahan@garfunkelwild.com

-3-

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ---------------------------------- x | | |
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, et al., | : : : | CIVIL ACTION NO.: 3:10-CV-00967 (MRK) |
| Plaintiffs, | : : | |
| vs. | : : : : | |
| STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, et al., | : : : | February 14, 2011 |
| Defendants. | : : | |
| ---------------------------------- X | | |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2011, a copy of the foregoing *Defendant Acorn Capital Group, LLC's Motion to Dismiss the Amended Class Action Complaint* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the filing through the Court's CM/ECF System.

                                                                                                         /s/ Patrick J. Monahan II
                                                                                                        Patrick J. Monahan II