UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POPTECH, L.P., et al, | : | CIVIL ACTION |
|    Plaintiffs | : | 3:10-cv-00967 (MRK) |
| | : | |
| v. | : | |
| STEWARDSHIP INVESTMENT | : | |
| ADVISORS, LLC, et al, | : | |
|    Defendants | : | February 14, 2011 |

### MOTION BY DEFENDANT STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, TO DISMISS COUNTS I AND III OF THE AMENDED CLASS ACTION COMPLAINT

Pursuant to Rules 9(b), 12(b)(1) and 12(b)(6), Fed. R. Civ. P., and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA"), defendant Stewardship Credit Arbitrage Fund, LLC (the "Fund"), moves to dismiss Counts I and III of the Amended Class Action Complaint, filed December 13, 2010 (dkt. # 44) ("Complaint"), for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted, in that (a) the plaintiffs lack standing, since the claims that they purport to assert directly are in fact derivative claims on behalf of the Fund; (b) the Complaint fails to plead loss causation, reliance, fraud or scienter with

2

sufficient specificity to meet the enhanced pleading standards of Rule 9(b) and the PSLRA; and

(c) there is no basis for the exercise of supplemental jurisdiction over Count III.

>THE DEFENDANT,
>STEWARDSHIP CREDIT
>ARBITRAGE FUND, LLC
>
>By: /s/ Frank J. Silvestri, Jr.
>Frank J. Silvestri, Jr.
>Federal Bar No. ct05367
>LEVETT ROCKWOOD P.C.
>33 Riverside Avenue
>P.O. Box 5116
>Westport, Connecticut 06881
>Telephone: (203) 222-0885
>Facsimile: (203) 226-8025
>Email: fsilvestri@levettrockwood.com

## **CERTIFICATION**

     I hereby certify that on February 14, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Frank J. Silvestri, Jr.
                                                  Frank J. Silvestri, Jr.
                                                  Federal Bar No. ct05367

201703