# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: ) 3:10-cv-00967 (MRK) ) |
| v. | ) ) |
| STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC; ACORN CAPITAL GROUP, LLC; MARLON QUAN; GUSTAVE ESCHER, III; PAUL SEIDENWAR; and ROBERT BUCCI, | ) ) ) ) ) ) |
| Defendants. | ) February 14, 2011 |

## ROBERT BUCCI'S MOTION TO DISMISS
## COUNTS II AND IV OF THE AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA"), defendant Robert Bucci moves to dismiss Counts II and IV of the Amended Class Action Complaint, filed December 13, 2010 ("Amended Complaint"), for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted, in that: (a) the plaintiffs lack standing, since the claims that they purport to assert directly are in fact derivative claims on behalf of the Stewardship Credit Arbitrage Fund, LLC; (b) the Amended Complaint fails to plead with the requisite specificity causes of action for (i) control person liability under section 20(a) of the Securities Act of 1934, 15 U.S.C. § 78t(a); and (ii) aiding and abetting violations of the Connecticut Uniform Securities Act; Conn. Gen. Stat. § 36b-29; and (c) there is no basis for the

exercise of supplemental jurisdiction over Count IV. The reasons supporting this motion are fully explained in the accompanying memorandum of law.

**Robert Bucci,**

By:      \_\_\_/s/ Ian E. Bjorkman_____
Ian E. Bjorkman (ct11648)
Law Office of Ian E. Bjorkman, LLC
383 Orange Street
New Haven, CT 06511
Tel.: 203.773.9110
Fax: 203.516.2364
ian@ibjorkman.com

His Attorney

**CERTIFICATION**

I hereby certify that on February 14, 2011 a copy of foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Ian E. Bjorkman_____
Ian E. Bjorkman