IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, | |
| Plaintiff, | No. 3:10-cv-967 (MRK) |
| v. | |
| STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, *et al.*, | |
| Defendants. | March 28, 2011 |

### NOTICE OF SUPPLEMENTAL DEVELOPMENTS
### AND REQUEST FOR CONFERENCE

Lead Plaintiff, Poptech, L.P. ("Poptech"), together with Plaintiffs and proposed Class Representatives, Terence Isakov, M.D. and William A. Meyer (collectively, "Plaintiffs"), by their counsel, hereby provide notice that, on March 24, 2011, in the United States District Court for the District of Minnesota, the United States Securities and Exchange Commission (the "SEC") initiated an action against, *inter alia*, Marlon Quan, Acorn Capital Group, LLC and Stewardship Investment Advisors, LLC, alleging violations of the federal securities laws and seeking, *inter alia*, disgorgement. In this action, docketed as Civil Action No. 11-cv-00723-ADM-JSM, the SEC also sought a temporary restraining order, asset freeze, appointment of a receiver, and preliminary injunction (collectively, "injunctive relief").

A copy of the SEC's Complaint is attached hereto as Exhibit 1, and a copy of the March 24, 2011 Declaration of Donald A. Ryba, and referenced exhibits submitted in support of the SEC's Emergency Motion for an Asset Freeze Order and other Relief, are attached hereto as

Exhibit 2.  Based on the foregoing, on March 25, 2011, the United States District Court for the District of Minnesota (Montgomery, J.) issued a verbal order restricting the use of certain proceeds by certain of the defendants named therein and scheduling a hearing on the SEC's requested injunctive relief for April 14, 2011.

     In light of the foregoing developments, Plaintiffs request a conference with the Court, either by telephone or in person, to discuss the effect, if any, of these developments on the litigation and the pending motions.

                                               Respectfully submitted,

                                               THE PLAINTIFFS

                                                 /s/ Patrick A. Klingman
                                               James E. Miller (ct21560)
                                               Patrick A. Klingman (ct17813)
                                               Karen Leser-Grenon (ct23587)
                                               SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
                                               65 Main Street
                                               Chester, CT  06412
                                               Telephone: (860) 526-1100
                                               Facsimile: (860) 526-1120
                                               Email:  jmiller@sfmslaw.com
                                                        pklingman@sfmslaw.com
                                                        kleser@sfmslaw.com

                                               Scott R. Shepherd
                                               Lawrence D. Berger
                                               SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
                                               35 E. State Street
                                               Media, PA 19063
                                               Telephone: (610) 891-9880
                                               Facsimile: (610) 891-9883
                                               Email:  sshepherd@sfmslaw.com
                                                        lberger@sfmslaw.com

Lesley E. Weaver
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
199 Fremont Street, 20th Floor
San Francisco, CA  94105
Telephone: (415) 992-7282
Facsimile: (415) 489-7701
E-mail: lweaver@sfmslaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2011, a copy of the foregoing Notice of Supplemental Developments and Request for Conference, together with referenced exhibits, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
      Patrick A. Klingman (ct17813)