IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action no. 3:10-cv-967 (MRK) |
| v. | : : : | |
| STEWARDSHIP CREDIT ARBITRAGE FUND, LLC; STEWARDSHIP INVESTMENT ADVISORS, LLC; ACORN CAPITAL GROUP, LLC; MARLON QUAN; GUSTAV E. ESCHER, III; PAUL SEIDENWAR; and ROBERT BUCCI, | : : : : : : : | |
| Defendants. | : : | April 25, 2011 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND AMENDED CLASS ACTION COMPLAINT**

Pursuant to this Court's Orders of April 11, 2011 and April 21, 2011, Lead Plaintiff, Poptech, L.P. ("Poptech"), together with Plaintiffs and proposed Class Representatives Terence Isakov, M.D. and William A. Meyer (with Poptech, "Plaintiffs"), on their own behalf and on behalf of the proposed class ("Class") they seek to represent, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 15(a), for leave to file their Second Amended Class Action Complaint, which is attached as Exhibit "A" to the accompany Memorandum of Law in support.  Plaintiff further requests that, upon the Court's granting of its Motion, the Second Amended Complaint be deemed filed and served as of the date of the Court's Order.

**ORAL ARGUMENT REQUESTED**

For the reasons more fully explained in the Memorandum of Law, the requested amendments reflect factual material submitted by the parties in an action recently commenced by the U.S. Securities & Exchange Commission in the United States District Court for the District of Minnesota against some of the defendants named here. There has been no undue delay on the part of Plaintiffs in seeking this amendment and Defendants will suffer no undue prejudice if leave to amend is permitted. Accordingly, Plaintiff respectfully requests that its Motion be granted.

Respectfully submitted,

 /s/ Patrick A. Klingman
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen M. Leser (ct23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, Connecticut  06412
(860) 526-1100
(860) 526-1120 (facsimile)
jmiller@sfmslaw.com
pklingman@sfmslaw.com

Scott R. Shepherd
Lawrence D. Berger
Shepherd, Finkelman, Miller & Shah, LLP
35 E. State Street
Media, Pennsylvania 19063
(610) 891-9880
(610) 891-9883 (facsimile)
sshepherd@sfmslaw.com
lberger@sfmslaw.com

Lesley E. Weaver
Shepherd, Finkelman, Miller & Shah, LLP
199 Fremont St., 20th Fl.
San Francisco, California 94105
(415) 992-7282
(415) 489-7701 (facsimile)
lweaver@sfmslaw.com

Attorneys for Plaintiffs and the Proposed Class

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 25, 2011, a copy of the foregoing Motion, together with the supporting Memorandum of Law and referenced exhibits, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Patrick A. Klingman
       Patrick A. Klingman (ct17813)