## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

POPTECH, L.P.

                              **Case Number: 3:10-cv 00967 (MRK)**

          Plaintiff,

vs.

STEWARDSHIP INVESTMENT
ADVISORS, LLC, et al.

          Defendants

## MOTION FOR ADMISSION PRO HAC VICE
## OF DAVID GOUREVITCH

The undersigned moves pursuant to Rule 83.1(d)(1) of the local rules of the United States District Court for the District of Connecticut and the annexed Affidavits of the undersigned and David Gourevitch, for an order admitting David Gourevitch to this Court, pro hac vice.

Dated: June 8, 2011
       Norwalk, Connecticut

                                                Respectfully submitted,

                                                Marc J. Grenier
                                                DePanfilis & Vallerie. LLC
                                                25 Belden Avenue
                                                Norwalk, CT. 06852
                                                (203) 846-9585
                                                Federal Bar No. ct 10545

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Admission Pro Hac Vice has been sent via regular mail on this 8th day of June 2011, to all counsel and pro se parties, as follows:

Lawrence D. Berger
Scott R. Shepherd
Shepherd, Finkelman, Miller & Shah, LLP - PA
35 East State Street
Media, PA 19063


Patrick A. Klingman
James E. Miller
Shepard, Finkelman, Miller & Shah, LLP Chester CT
65 Main Street
Chester, CT 06412

David Steven Smith
Smith Campbell, LLP-NY
110 Wall Street
New York, NY 10005

Denise V. Zamore
Francis H. Morrison , III
Maria Eleni Kokiasmenos
Axinn, Veltrop & Harkrider LLP-HTFD
90 State House Square
9th Floor
Hartford, CT 06103-3702

Patrick J. Monahan, II
Garfunkel Wild, P.C.
350 Bedford Street
Stamford, CT 06901

Christopher F. Girard
Theodore J. Tucci
Robinson & Cole-Htfd
280 Trumbull St.
Hartford, CT 06103-3597

Karen L. Dowd
Horton, Shields & Knox
90 Gillett St.
Hartford, CT 06105

Frank J. Silvestri, Jr.
Levett Rockwood
33 Riverside Ave., PO Box 5116
Westport, CT 06881

Ian E. Bjorkman
Law Office of Ian E. Bjorkman, LLC
383 Orange Street
New Haven, CT 06511

_____
Marc J. Grenier

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POPTECH, L.P.

                                                  Case Number: 3:10-cv 00967 (MRK)

                 Plaintiff,

vs.

STEWARDSHIP INVESTMENT
ADVISORS, LLC, et al.

                 Defendants

**AFFIDAVIT**

STATE OF CONNECTICUT    )
                                    ) :ss NORWALK
COUNTY OF FAIRFIELD      )

Marc J. Grenier, being duly sworn, deposes and says:

1.    I am a member of the Bar of this Court and a member of the firm of DePanfilis & Vallerie, LLC with offices located at 25 Belden Avenue, Norwalk, Connecticut. My office number is (203) 846-9585; our facsimile number is (203) 847-2849 and my email address is: mgrenier@dandvlaw.com. I am admitted to practice in this Court, the Connecticut Supreme Court, Connecticut Appellate Court and Connecticut Superior Court and the United States Supreme Court. I have not been denied admission or disciplined by this Court or any other court. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut. I submit this Affidavit in support of the motion for the admission pro hac vice of David Gourevitch.

2.    As reflected in the annexed Affidavit, Mr. Gourevitch is a member of the Law Office of David Gourevitch, P.C. with offices at 950 Third Avenue, New York, NY 10022.

He is admitted to practice and is a member in good standing of the Bar of the State of New York and in the United States District Court for the District of Columbia, Southern and Eastern Districts and United States Supreme Court.

3. I know Mr. Gourevitch to be of good legal and ethical character and practice.

In order for Mr. Gourevitch to appear as counsel and participate in these proceedings, I hereby submit this Affidavit in support of his admission to the Bar of this Court pro hac vice.

MARC J. GRENIER, ESQ.

Sworn to before me this
8th day of June 2011.

Commissioner of the Superior Court
Thomas L. McKirdy, Jr., Esq.

F:\Litigation\Grenier, Marc\Civil\Seidenwar\Pro Hac Vice Affidavit-Grenier for Gourevitch.doc

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
POPTECH, L.P.,

       Plaintiff

       v.

STEWARDSHIP INVESTMENT
ADVISORS, LLC, et al.

       Defendants
------------------------------------------------------------X

CIVIL ACTION NO:
3:10-cv-00967 (MRK)

AFFIDAVIT IN SUPPORT OF
MOTION FOR PRO HAC VICE
ADMISSION OF DAVID GOUREVITCH

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

1.    I am an attorney duly admitted to practice in the State of New York and the District of Columbia as well as before the United States District Courts for the Southern and Eastern Districts of New York and the United States Supreme Court.

2.    I am a member of the law firm the Law Office of David Gourevitch, P.C. and maintain an office at 950 Third Avenue, 15th Floor, New York, New York 10022. My office telephone is 212-355-1300, the fax is 646-688-5603, and my email address is david@gourevitchlaw.com.

3.    I have been practicing law for 22 years and have never been denied admission or disciplined by this Court or any court.

4.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.    I request permission to appear and participate as counsel in this litigation

1

on behalf of defendant Paul Seidenwar for all purposes including trial.

**WHEREFORE**, it is respectfully requested that, pursuant to Local Rule 83.1(d), I be admitted to practice before this Court in the above referenced action, *pro hac vice*.

*David Gourevitch*
DAVID GOUREVITCH

Sworn to before me this
7th day of June, 2011

*Marcheta Ball*
Notary Public

MARCHETA BALL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BA5050954
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES OCT. 23, 20-13

2