# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) STEWARDSHIP CREDIT ARBITRAGE FUND, ) LLC; STEWARDSHIP INVESTMENT ) ADVISORS, LLC; ACORN CAPITAL GROUP, ) LLC; MARLON QUAN; GUSTAVE ESCHER, ) III; PAUL SEIDENWAR; and ROBERT BUCCI, ) ) Defendants. ) | CIVIL ACTION NO.: 3:10-cv-00967 (MRK) JUNE 15, 2012 |

## NOTICE OF ORDER APPOINTING RECEIVER FOR STEWARDSHIP CREDIT ARBITRAGE FUND, LLC AND ISSUING ANTI-SUIT INJUNCTION

Defendant Stewardship Credit Arbitrage Fund, LLC ("SCAF") hereby gives notice that on April 30, 2012, in the matter of *U.S. Securities and Exchange Commission v. Quan, et al.*, No. 0:11-CV-723 ADM/JSM, pending in the United States District Court for the District of Minnesota, the Court (Hon. Ann D. Montgomery) entered an order, a copy of which is attached as Exhibit A, granting motions by the United States Securities and Exchange Commission for the appointment of a receiver for SCAF and for an order enjoining litigation against SCAF. That order stays this action as to SCAF. *See, Northlight Fund, LP v. Stewardship Credit Arbitrage Fund, LLC,* No. 11 CV 7840 (S.D.N.Y., May 23, 2012) (District of Minnesota's receivership order, which stays "any action to collect any debt allegedly owed by" SCAF, requires stay of

litigation as to SCAF) (copy attached as Exhibit B).[1]  Counsel for the plaintiffs has informed the undersigned that the plaintiffs agree that this action is stayed as to SCAF.

                THE DEFENDANT,
                STEWARDSHIP CREDIT
                ARBITRAGE FUND, LLC

                By:  /s/  Frank J. Silvestri, Jr.
                Frank J. Silvestri, Jr.
                Federal Bar No. ct05367
                LEVETT ROCKWOOD P.C.
                33 Riverside Avenue
                P.O. Box 5116
                Westport, Connecticut  06881
                Telephone:  (203) 222-0885
                Facsimile:  (203) 226-8025
                Email:  fsilvestri@levettrockwood.com

---

[1] The language quoted by the Court in *Northlight* appears on page 20 of the receivership order.

## **CERTIFICATION**

      I hereby certify that on June 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/  Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.
Federal Bar No. ct05367