IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POPTECH, L.P., individually, and on behalf of a class of others similarly situated, | : : : : | |
| Plaintiff, | : : | No. 3:10-cv-967 (SRU) |
| v. | : : | |
| STEWARDSHIP CREDIT ARBITRAGE FUND, LLC, *et al.*, | : : : | |
| Defendants. | : : | June 17, 2014 |

**LEAD PLAINTIFFS' CONSOLIDATED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENTS**

Lead Plaintiff, Poptech, L.P., and putative class representatives, William A. Meyer and Terence Isakov, M.D.[1] (collectively, "Lead Plaintiffs" or "Plaintiffs"), hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e) and the Court's February 27, 2014 Order Granting Preliminary Approval of Proposed Partial Settlement with Robert Bucci and Providing for Notice [Dkt. No. 223], February 27, 2014 Order Granting Preliminary Approval of Proposed Partial Settlement with Paul Seidenwar and Providing for Notice [Dkt. No. 224], and February 27, 2014 Order Granting Preliminary Approval of Proposed Partial Settlement with Marlon Quan ("Quan"), Acorn Capital Group, LLC ("Acorn"), and Stewardship Investment Advisors, LLC ("SIA") and Providing for Notice [Dkt. No. 225], for judgments and orders granting final approval of the settlements of this securities class action in the manner stipulated by Lead

---

[1] One of the putative class representatives, Terence Isakov, M.D., was dismissed as a class representative. *See Poptech, L.P. v. Stewardship Inv. Advisors, LLC*, 849 F. Supp. 2d 249, 255, 272 (D. Conn. 2012). Despite his dismissal, Dr. Isakov has remained active in consulting with counsel and pursuing a positive resolution of this action and, therefore, is included within the definition of Lead Plaintiffs above.

Plaintiffs and the Settling Defendants in the settlement agreements, approving the Plan of Allocation of settlement proceeds, and awarding attorneys' fees and expenses.[2] For the reasons explained in the accompanying Memorandum of Law, Lead Plaintiffs respectfully submit that the Court should grant final approval with respect to these Class Settlements and enter the accompanying, proposed final approval orders and judgments.

Dated: June 17, 2014                    Respectfully submitted,

/s/ Laurie Rubinow
James E. Miller (ct21560)
Laurie Rubinow (ct27243)
Karen Leser-Grenon (ct23587)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
       lrubinow@sfmslaw.com
       kleser@sfmslaw.com

Scott R. Shepherd
Lawrence D. Berger
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: sshepherd@sfmslaw.com
       lberger@sfmslaw.com

*Counsel for Lead Plaintiffs*

---

[2] The settlements are the Stipulation of Settlement dated as of December 2, 2013 with Bucci [Dkt. No. 215-1], the (2) Settlement and Assignment Agreement dated as of August 7, 2013 with Seidenwar, and the (3) Stipulation of Partial Settlement dated as of August 22, 2013 with Quan, Acorn, and SIA [Dkt. No. 217-1] (collectively, the "Class Settlements").

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2014, a true and correct copy of Plaintiffs' Consolidated Motion for Final Approval of Class Action Settlements and supporting Memorandum of Law has been electronically filed with the Clerk of the Court using the CM/ECF system and that such filing will accomplish service upon all counsel of record.

/s/ Laurie Rubinow
Laurie Rubinow (ct27243)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
lrubinow@sfmslaw.co